**Warren R. FOLLUM, Plaintiff–Appellant,**

v.

**UNITED STATES of America; Commissioner of Internal Revenue, Defendants–Appellees.**

No. 03–1569.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 30, 2003.

Decided Oct. 7, 2003.

Warren R. Follum, Appellant Pro Se. Bruce Raleigh Ellisen, Sara Ann Ketchum, United States Department of Justice, Washington, D.C., for Appellees.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Warren R. Follum appeals from the district court's order denying his motion for a preliminary injunction and dismissing his complaint in which he sought to enjoin the Internal Revenue Service from proceeding on a tax levy pending completion of his administrative appeal from the imposition of a tax lien. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Follum v. United States,* No. CA 5:02—CV–818–BO(3), 2003 WL 21152901 (E.D.N.C. Apr. 3, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*